JS-6

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 29 2016

CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. JAMES,<br><br>    Petitioner,<br><br>   vs.<br><br>SECRETARY OF THE CALIFORNIA DEPT. OF CORR. AND REHABILITATION,<br><br>    Respondent. | Case No. EDCV 14-1677-SVW (AN)<br><br>**J U D G M E N T** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with~~out~~ prejudice.

DATED: 2/26/16

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

1